UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

ATLAS SHIPPING A/S,

             Plaintiff,        09 Civ. 682 (JGK)

    - against -             ORDER

AGIKO SAS,

             Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **May 13, 2009 at 4:30 p.m.**

SO ORDERED.

Dated:   New York, New York
          April 17, 2009

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-17-09